PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JANET DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-02071-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from November 25, 2024, up to and including January 9, 2025.

    This is Defendant's first request for an extension and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant and is due while counsel will be on leave. Moreover, counsel already has six other briefs, along with other litigation matters, due over the course of five working weeks. Thus, Defendant requires an extension in this case,

and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 8, 2024  /s/ Francesco Paulo Benavides*
(*as authorized via e-mail on November 8, 2024)
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff

Dated: November 8, 2024  PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:  /s/ Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 9, 2025, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  November 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE